Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED
IN CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

2023 AUG 28 PM 3:19

U.S. DISTRICT COURT
DISTRICT OF MASS.

Joel Lent )   Case No. _____
            )   (to be filled in by the Clerk's Office)
            )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )   Jury Trial: *(check one)*  ☑ Yes  ☐ No
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
            )
-v- )
            )
Steve Metruck )
            )
            )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

      Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

      Name                  Joel Lent
      Street Address        1756 Dorchester Ave
      City and County       Boston MA
      State and Zip Code    02124
      Telephone Number
      E-mail Address

   B.  The Defendant(s)

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
  Name: Steve metruck
  Job or Title (if known):
  Street Address: 4800 S 188th st
  City and County:
  State and Zip Code: SeaTac, WA 98188
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Article 3 44 million Violat oath to uphold constitution*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

4U million

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Conspire with to violate right
Violat posse commotus

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Article 3
u.s. constitution Bill of rights
c Mill right

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/28/23

Signature of Plaintiff

Printed Name of Plaintiff

B. **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joel Jeannite,                )        CIVIL ACTION
            Petitioner   )        No

V

Steve Metruck

4800 S 188th St, SeaTac, WA 98188)
 et al.,              )
         Defendants   )

1. **THE FOLLOWING COUNTS BELOW INCLUDED 18 U.S. Code Part I - CRIMES**
    2 CHAPTER 7—ASSAULT (§§ 111 – 119)
    3. CHAPTER 11—BRIBERY, GRAFT, AND CONFLICTS OF INTEREST (§§ 201 – 227)

    4. CHAPTER 12—CIVIL DISORDERS (§§ 231 – 233)

    5. CHAPTER 13—CIVIL RIGHTS (§§ 241 – 250)

    6. CHAPTER 15—CLAIMS AND SERVICES IN MATTERS AFFECTING GOVERNMENT (§§ 281 – 293)

    7. CHAPTER 19—CONSPIRACY (§§ 371 – 373)

    8. CHAPTER 23—CONTRACTS (§§ 431 – 443)

    9. CHAPTER 26—CRIMINAL STREET GANGS (§ 521)

    10. CHAPTER 31—EMBEZZLEMENT AND THEFT (§§ 641 – 670)

    11. CHAPTER 41—EXTORTION AND THREATS (§§ 871 – 880)

    12. CHAPTER 46—FORFEITURE (§§ 981 – 987)

    13. CHAPTER 47—FRAUD AND FALSE STATEMENTS (§§ 1001 – 1040)

    14. CHAPTER 50A—GENOCIDE (§§ 1091 – 1093)

    15. CHAPTER 50A—GENOCIDE (§§ 1091 – 1093)

    16. CHAPTER 55—KIDNAPPING (§§ 1201 – 1204)

    17. CHAPTER 63—MAIL FRAUD AND OTHER FRAUD OFFENSES (§§ 1341 – 1351)

    18. CHAPTER 65—MALICIOUS MISCHIEF (§§ 1361 – 1369)

    19. CHAPTER 95—RACKETEERING (§§ 1951 – 1960)

    20. CHAPTER 96—RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS (§§ 1961 – 1968)

    21. CHAPTER 111A—DESTRUCTION OF, OR INTERFERENCE WITH, VESSELS OR MARITIME FACILITIES (§§ 2290 – 2293)

22. CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES (§§ 2381 – 2391)

23. CHAPTER 118—WAR CRIMES (§§ 2441 – 2442)

24. CHAPTER 119—WIRE AND ELECTRONIC COMMUNICATIONS INTERCEPTION AND INTERCEPTION OF ORAL COMMUNICATIONS (§§ 2510 – 2523

Count 25 18 usc. 1512 (k) conspiracy obstruction

Count 26 18 usc © (2)obstruction of official proceeding and aiding

and abetting

Count 27 31 .usc 3709 false claim

Count 28 18 usc 1621 perjury generally )      )
         Defendants   )

Affidavit of Fact
Notice to Agent is Notice to Principal-Notice to Principal is Notice to Agent

Stare Decisis Law
**Federal Question(s): Constitution, Treaty; Religious Liberty; Due Process; Substantive Rights of Traveled., Supreme Court Rulings.**

**Title 18 U.S code section 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW.**
**whoever under the color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any state, territory, Commonwealth, Possession, or district to the deprivation of any rights, privileges, or immunities secured or protected by the constitution or laws of the united states.**

Lucy check my baggage before boarding a flight from Boston stopping at Seattle airport and final destination at Oregon rouge international airport. Lucy OPEN my carry on and gave me a

suspicious look. When I landed in Seattle. The Seattle airport police interfere with my flight by bringing me in a small room and demand to check my luggage and stole $44,400 that I was carrying with me.

Which violate my 4th, 5th and 14th amendment deprive me liberty without due process of the law..

Article III, Section 2 of the Constitution; and that the Officers does not, and did not provide 'Due Process' protected and secured for the People, by the Amendments IV, V, VI, VII, VIII, IX, and X of the United States Constitution, to which the Judges and Officers in every State is bound (by Official Oath) to support and to uphold. Any statutory regulation, ordinance, or laws of any State, to the contrary, notwithstanding.

Petitioner does declare the equal protection of the right to "life liberty and the pursuit of happiness" in the 1st Amendment.  **YOU ARE ALLOWED TO CARRY AS MUCH CASH AS YOU WANT OUT OF AND INTO THE UNITED STATES.** *To summarize up front: no, you are not restricted to traveling with sums of $10,000 or less. In fact, you could travel with a checked bag stuffed to the*

*brim with cash - as long as you declare the amount beforehand.*

What does the Posse Comitatus Act prohibit?

This article reviews the origin and definitions of the Posse Comitatus Act, which prohibits **the use of Federal troops to enforce civilian law**, as well as its impact on recent events and its present-day standing.

All property including but not limited to all bank account safety deposited boxes, certificate of deposited(cd), retirement funds,501k, 401ks , real-estate, stocks, bonds of any type, securities, cash on hand, jewelry, houses, lands, motor vehicles, automobiles, motorhomes, aircraft, watercraft, household furniture, guns ammunition, coins, collection, all collectable items, insurance policies, credit cards, line of credit, all revenue streams and sources of income from any source, farm equipment, farm supplies, heavy equipment, crops, farm, animals,

machinery, tools, building, structures office equipment and supplies, all corporate assets water rights, mineral right, intellectual properties, patents, inventions, or any other thing of values needed to satisfy this claim. Debtor is a trust.

### **<u>SEEKING $44 MILLION</u>**

defendant STEVE Metruck is being sued for $44 MILLION for compensatory damages and for punitive damages in his private capacity.

.

In addition, all the defendant's homes,401k, and all asset under their names be liquidated due to defendant inflicted mental anguish and pain and suffering.

A SECURITY (15 U.S.C.) CLAIM OF COMMERCIAL LIEN AND AFFIDAVIT
CLAIMANT Joel Jeannite

## DEBTOR  STEVE METRUCK

To Guarantee Bond on the Specific Performance of and by All public Officials, Officers of the Court, and Title Insurance Companies Connected with this Cause of Action Consisting of Court Case (soon to be determine)

I, Joel Jeannite, depose and say as follows:
1. The parties of the Commercial Lien are cited in the following "List of Lien Debtors," where they are identified in the Official Capacities.
2. All processes in the above cited case have been summary processes in which the Constitutional and commercial right to jury trial has been abridged and denied. All other supporting processes have likewise been summary processes.
3. Nothing has been provided by any public official or officer of the court in the above cited case to demonstrate or prove that they are commercially bonded to operate any summary processes which abridge or deny any commercial provision of the United States Constitution or the MASSACHUSET state Constitution.
4. This commercial lien is commercially necessary to guarantee for both the lien claimant and the public in general that such a bond will exist upon the said officials and officers of the court and is not placed for any reason of harassment of persons or processes.
5. The cited Lien Debtors are being liened for a minimum of $ 44MILLION DOLLARS, based on Title 18, Section 241, of the United States Code for violation of United States Constitutional Rights including the Seventh Amendment of the Bill of Rights, guaranteeing a jury trial in all commercial processes and approximately 35 other commercial provisions of the United States Constitution.

This commercial lien is intended to seize all the real and movable property of the above cited Lien Debtors and those on the attached extended list of Lien Debtors. This property is being seized as a pledge to secure the above cited obligation declared in paragraphs 2, 3, and 4 to apply it as a bond on the persons and activities of the officials, officers of the court, title insurance companies, and other such Lien Debtors as may be added from time to time for whatever relevant and just commercial agreement.

This commercial lien is not a *lis pendens* lien. It may not be removed or dissolved by any parties except the Lien Claimants or a common-law jury properly convened and used.

**TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED**

21 DAYS TO RESPOND UPON RECEIVING THIS MATTER VIA UPS,FEDEX,USPS AND VIDEO RECORDING OF HAND DELIVERED BY ANYONE.

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Day 28, AUG, 2023.

I Am:_____

Authorized Representative Natural Person, In Propria Persona: All Rights Reserved; U.C.C. 1-207 / 308; U.C.C. 1-103